No. 2975. Aponte, Apelante, v. Kennerly, Apelado. — Corte de Distrito de San Juan, Primer Distrito. Resuelto en febrero 20 1923. Moción del apelado para desestimar la apelación. Apareciendo que en octubre 29, 1922, venció la última prórroga concedida al apelante para radicar la exposición del caso sin que la haya radicado, y no habiendo tampoco archivado la transcripción del récord en esta corte, se declara con lugar la moción y se desestima la apelación.

No. 2973. Mora, Apelante, v. Grillo et al., Apelados.— Corte de Distrito de Humacao. Resuelto en febrero 20, 1923. Demolición de edificio. Examinada la moción de desestimación presentada por los apelados y la certificación que se acompaña, se declara con lugar y se desestima la apelación.

No. 2976. Kansas Milling Company, Apelada, v. Sánchez, Apelante.—Corte de Distrito de Humacao. Resuelto en febrero 20, 1923. Apareciendo que para formalizar esta apelación se han solicitado y concedido varias prórrogas para la preparación de la exposición del caso, habiendo negado el juez de distrito una nueva prórroga en 16 de enero, 1922, quedando vencido el término de ley sin que se archivara la exposición, y apareciendo además que a la fecha de la notificación de la moción de desestimación del apelado y aún no se ha archivado la transcripción del récord, se declara con lugar la moción y se desestima la apelación.